Case 3:19-cv-01975-SB    Document 52    Filed 11/29/20    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DORI YATES, CLAUDIA STRICKLAND, and LINDA NEWTON, as individuals, | | |
| | | No. 3:19-cv-01975-SB |
| Plaintiffs, | | ORDER |
| v. | | |
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO; AFT-OREGON; HILLSBORO CLASSIFIED UNITED, AFT LOCAL 4761, labor organizations; and HILLSBORO UNIFIED SCHOOL DISTRICT, a public school district, | | |
| Defendants. | | |

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation [50] on October 19, 2020 in which she recommends that the Court grant Defendants' motion for summary judgment and deny Plaintiffs' motion for summary judgment. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [50]. Accordingly, Defendants' motion for summary judgment [35] is GRANTED and Plaintiffs' motion for summary judgment is DENIED [34].

IT IS SO ORDERED.

DATED: ___November 29, 2020___.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge